IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAMELA K. EMERSON,

    Plaintiff,

vs.          CASE NO. 5:11cv66/RS-CJK

UNIFIRST CORPORATION,

    Defendant.
_____/

## ORDER

Before me is Defendant's Agreed Motion To Continue Pretrial Deadlines And Trial (Doc. 16).

**IT IS ORDERED:**

1. Trial, presently scheduled for November 14, 2011, is continued.

2. Counsel shall file an amended joint report not later than July 11, 2011, with a discovery deadline of December 10, 2011, and a trial date of March 12, 2012.

**ORDERED** on June 27, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**